IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PAUL CAPRON | : |
| Plaintiff, | : Civil Action No.: 18-1424 |
| v. | : |
| SHARP CORPORATION d/b/a<br>SHARP PACKAGING SOLUTIONS | : |
| Defendant. | : |

FILED
DEC 07 2018
KATE BARKMAN, Clerk
By_____ Dep. Clerk

## STIPULATION AND ORDER OF DISMISSAL

Plaintiff and Defendant hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(ii) that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing its own attorneys' fees and costs.

/s/ Adam C. Lease
Adam C. Lease, Esq.
Karpf, Karpf & Cerutti, P.C.
3331 Street Road
Two Greenwood Square
Suite 128
Bensalem, PA 19020
(215) 639-0801
*Attorneys for Plaintiff*

/s/ Joanna M. Rodriguez
Joanna M. Rodriguez, Esq.
Marla N. Presley, Esq.
Jackson Lewis, P.C.
Liberty Center
1001 Liberty Avenue, Suite 1000
Pittsburgh, PA 15222
(412) 338-5186
*Attorneys for Defendant*

APPROVED and SO ORDERED:

Date: 12/7/18

_____
Hon. Michael M. Baylson, U.S.D.J.